IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Hannah Victoria McLeod, | ) | C.A. No. 3:20-1417-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION TO COMPEL** |
| University of South Carolina and Darla Moore School of Business, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court upon Defendant University of South Carolina's motion to compel responses to its Second Discovery Requests seeking information related to any communications, agreements, payments, and/or settlements exchanged between Plaintiff (or her then-counsel) and Mr. Michael Dollar (or his counsel). *See* ECF 24.

Defendant filed its motion to compel on July 7, 2021. *Id.* On July 9, 2021, Plaintiff's then-attorney filed a motion to withdraw as counsel and motion to stay deadlines. ECF 25. The Court granted the motion to withdraw and stay deadlines on July 21, 2021. ECF 26. On August 4, 2021, Plaintiff's current counsel filed a notice of appearance. ECF 31. The Court issued an Order on September 30, 2021, directing Plaintiff to file any response to Defendant's outstanding motion to compel by October 7, 2021. ECF 39. Plaintiff has withdrawn her opposition to producing the information requested in Defendant's Second Discovery Requests and agrees to produce the responsive information.

Accordingly, the Court grants Defendant's motion to compel responses to its Second Discovery Requests and directs Plaintiff to produce the information requested by Friday, October 29, 2021.

**IT IS SO ORDERED.**

October 18, 2021  
Columbia, South Carolina

Paige J. Gossett  
UNITED STATES MAGISTRATE JUDGE